IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. JKB-16-0259 |
| **ELMIN IVAN PORTILLO-GUITERREZ,** et al. | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

A TELEPHONE STATUS CONFERENCE is set in for October 26, 2018, at 9:30 a.m. Counsel for the Government is directed to arrange for and initiate the conference call to chambers. Counsel for those Defendants who have not reached agreements with the Government are required to participate.

DATED this __14__ day of September, 2018.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge