

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

*Robert K. Hur*  
*United States Attorney*

*Kenneth S. Clark*  
*Assistant United States Attorney*

*36 South Charles Street*  
*Fourth Floor*  
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4859*  
*MAIN: 410-209-4800*  
*FAX: 410-962-0717*  
*TTY/TDD: 410-962-4462*  
*Kenneth.Clark@usdoj.gov*

November 9, 2018

**VIA ECF**

Honorable James K. Bredar
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *United States v. Guerra-Castillo, et al.*, No. JKB-16-0259

Dear Judge Bredar:

    Per your request during our conference call on October 26, 2018, I write to provide a summary of the capital case process. Although none of the defendants in the above case are currently charged with capital-eligible offenses, a number of them were involved in one or more murders. As a result, the Attorney General will decide whether the government will seek the death penalty in relation to those defendants. The Capital Case Section ("CCS") at the Department of Justice initially reviews all cases of potentially death-eligible defendants and, after review, may or may not seek input from defense counsel on mitigation. CCS then makes a recommendation to the Attorney General who makes the final decision.

    Prior to making its recommendation, CCS may ask defense counsel to provide input in the form of a written submission and/or a meeting at which counsel can present any mitigation arguments/evidence.

    The Third Superseding Indictment alleges that the following defendants were involved in one or more murders, and CCS has not yet made a decision in their cases. Those individuals who are highlighted in yellow below are alleged (in the indictment) to have been involved in more than one murder:

JORGE RAUL GUERRA CASTILLO, a.k.a. Pelon,
CARLOS ALAS BRIZUELA, a.k.a. Truco,

Case 1:16-cr-00259-JKB   Document 396   Filed 11/09/18   Page 2 of 2

Page 2 of 2

| |
|---|
| CARLOS HERNANDEZ DIAZ, a.k.a. Positivo, |
| ==MILTON PORTILLO RODRIGUEZ, a.k.a. Little Gangster,== |
| FRANCISCO RAMIREZ PENA, a.k.a. Tepo, |
| JOSE ALBERTO SIBRIAN GARCIA, a.k.a. Chango, |
| DARWIN ARIAS MEJIA, a.k.a. City, |
| MIGUEL LOPEZ ABREGO, a.k.a. Timido, |
| ==ALBARO ROSA MORENO, a.k.a Slow,== |
| ERVIN ARRUE FIGUEROA, a.k.a. Tricky, |
| RONALD MENDEZ SOSA, |
| EDWIN RUIZ URRUTIA, a.k.a. Sylvestre, |
| BRENDA ARGUETA ARGUETA, a.k.a Prima, |
| DARVIN GUERRA ZACARIAS, a.k.a. Chapin, |
| LUIS FERNANDO CRUZ RODRIGUEZ, a.k.a. Catra, |

Should you have any questions or need any additional information, please feel free to contact me at (410) 209-4859.

Sincerely,

__/s/_____
Kenneth S. Clark
Matthew DellaBetta
Catherine K. Dick
Assistant United States Attorneys

cc:    All counsel of record (via ECF)