IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   Crim. No. JKB-16-0259 |
| **RONALD MENDEZ SOSA,** | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

On February 17, 2023, Petitioner filed a pro se Motion for Compassionate Release and sought appointment of counsel. (ECF No. 1669.) The Court ordered the Government to respond by June 21, 2023. (ECF No. 1709.) The Government subsequently moved for extensions of time to respond on June 21 and July 23. (ECF Nos. 1718 & 1722.) The Court granted both of those extensions. (ECF Nos. 1719 & 1723.)

In the first Motion for Extension of Time, the government stated that it was awaiting necessary information from the Bureau of Prisons. (ECF No. 1718.) In its second Motion for Extension of Time, filed after the previously imposed deadline, the Government stated that it had "just" received the records from the Bureau of Prisons and needed "some time to review and incorporate them into" its response. (ECF No. 1722.) On July 28, Petitioner filed a Supplement to his Motion for Compassionate Release and Appointment of Counsel. (ECF No. 1727.) The instant Motion from the Government requests an extension "to address any additional arguments raised" in the Supplement and "in light of counsel's current workload." (ECF No. 1732.) The Government further stated in that Motion that it "will not seek any further extensions of time absent extraordinary circumstances." (ECF No. 1732.)

The Government has now had over six months to respond to Petitioner's Motion. If the Government wants the Court to consider its position on Petitioner's Motion, it SHALL RESPOND on or before September 7, 2023. The Government is CAUTIONED that the Court will not grant any further extensions beyond that date.

SO ORDERED.

DATED this __1__ day of September, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge